**U.S.A. vs. Shaquan Little-Bethea**  Docket No. 5:24-CR-312-1D

### Petition for Action on Supervised Release

COMES NOW John Seth Coleman, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Shaquan Little-Bethea, who, upon an earlier plea of guilty to Count 1 - Possession of a Firearm and Ammunition by a Convicted Felon, in violation of 18 U.S.C. § 922(g)(l) and Count 2 - Possession with Intent to Distribute Heroin, in violation of 21 U.S.C. §§ 841(A)(l) and 841(b)(l)(C), was sentenced by the Honorable Claire C. Cecchi, U.S. District Judge for the District of New Jersey, on June 6, 2023, to the custody of the Bureau of Prisons for a term of 37 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months. Shaquan Little-Bethea was released from custody on March 25, 2024, at which time the term of supervised release commenced.

On September 20, 2024, a memorandum of violation was submitted to the District of New Jersey, due to the defendant submitting a urine specimen that tested positive for marijuana. At that time, jurisdiction was requested from the District of New Jersey. On October 28, 2024, Transfer of Jurisdiction was accepted in the Eastern District of North Carolina, and the case was assigned to the Honorable James C. Dever III, U.S. District Judge.

On October 28, 2024, a Violation Report was submitted to the court due to the defendant being charged with Assault by Strangulation, Assault on Female, Misdemeanor Crime of Domestic Violence, and Injury to Real Property (24CR 433967), in Cumberland County, North Carolina. As of April 1, 2025, those charges were dismissed.

On November 26, 2024, in response to the defendant testing positive for marijuana, the court agreed to continue supervision without modification so that the defendant could continue with outpatient substance abuse and mental health treatment.

On February 27, 2025, in response to the defendant testing positive for marijuana, the court modified the conditions of supervision to include 45 days of curfew with electronic monitoring.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On September 25, 2025, the defendant attempted to defraud a urinalysis, in that he employed a urinalysis-defeating device, and attempted to provide a urine sample that he admitted was not his own. He subsequently submitted a valid urine sample which tested positive for marijuana and signed a written admission to marijuana use on or about September 23, 2025. The defendant has been verbally reprimanded for his drug use and for attempting to defraud a urinalysis. He has been advised that these behaviors will not be tolerated in the future, and he has been referred for additional substance abuse and mental health treatment. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision. Furthermore, the defendant has signed a consent to destroy the contraband property seized by the United States Probation Office on September 25, 2025. Once the court has ruled on this matter, our office will carry out the destruction of the contraband property.

**PRAYING THAT THE COURT WILL ORDER** that the conditions of supervised release be modified as follows:

1. The defendant shall perform 16 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required fee.

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ John Seth Coleman
John Seth Coleman
U.S. Probation Officer
150 Rowan Street Suite 110
Fayetteville, NC 28301
Phone: 910-354-2545
Executed On: September 26, 2025

### ORDER OF THE COURT

Considered and ordered this __29__ day of __September__, 2025, and ordered filed and made a part of the records in the above case.

_____
James C. Dever III
U.S. District Judge